FRANTISKA HERMES, Individually and as Administratrix of the Estate of ANTON HERMES, Deceased, et al., Respondents, *v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant.

Submitted April 8, 1940; decided April 16, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 88.)